JFP/db  #206430
NP

**ENTERED**
July 20, 2018
David J. Bradley, Clerk

# *UNITED STATES DISTRICT COURT*

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

McAllen Division

UNITED STATES OF AMERICA

V.

**JUDGMENT IN A CRIMINAL CASE**

Case Number:   7:11CR00076-001

RODOLFO MONTOYA, JR.
2013 South 39th Street
McAllen, Texas   78503

Nadia S. Medrano, AFPD
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

[[ ] TRUE   [X]  NOT TRUE   [ ] NOLO CONTENDERE] on July 13, 2018, to violation of the Mandatory Condition of supervision, imposed on September 24, 2012, after the releasee was:

[[X] TRUE   [ ]  NOT TRUE   [ ] NOLO CONTENDERE] on July 13, 2018, to violation of Standard Condition #9, imposed on September 24, 2012, after the releasee was:

**CONVICTED OF THE OFFENSE(S) OF:**  Felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2), for which the releasee was sentenced to 96 months imprisonment and a 3-year term of supervised release; the sentence was amended on September 26, 2017, and the releasee was sentenced to 2150 days (time served) imprisonment and a 3-year term of supervised release.

**THE COURT FOUND THAT:**  the releasee violated the Mandatory Condition of supervision, in that he committed the law violation of accident involving person injury, and Standard Condition #9, in that he failed to notify USPO within 72 hours of arrest or questioning by a law enforcement officer.

**IT IS THE JUDGMENT OF THIS COURT THAT:**  the term of supervised release not be revoked, and that the releasee be continued on the original supervised release term/sentence imposed on September 24, 2012, and modified on September 26, 2017, under all the terms and conditions previously imposed by the Court, including any special conditions:

> **You must participate in an inpatient or outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.**

> **You must participate in an inpatient or outpatient alcohol-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program if financially able.**

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You may not attempt to obstruct or tamper with the testing methods.

You may not use or possess alcohol.

You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

---

IT IS FURTHER ORDERED that the clerk of the court deliver a certified copy of this judgment to the United States Marshal of this district.

[  ] The Court orders commitment to the custody of the U. S. Bureau of Prisons and recommends:


July 13, 2018
Date of Imposition of Sentence

Signature of Judicial Officer


Honorable Randy Crane
U.S. District Judge
Name and Title of Judicial Officer

July 19, 2018
Date